UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANOVER R.S. LIMITED PARTNERSHIP, *Plaintiff* | § § § § | |
| V. | § § | CASE NO. 4:17-CV-01020 |
| AMERICAN HOME ASSURANCE COMPANY, ET AL., *Defendants* | § § § § | |

## MEDIATOR'S REPORT PURSUANT TO LOCAL RULE 16.4.K(2)

A mediation session was conducted in Houston, Texas, on September 13, 2017. By agreement of the parties, Paul J. Van Osselaer ("Mediator") was selected as the mediator.  Pursuant to Local Rule 16.4.K(2), the Mediator reports as follows:

1.  **Type of Case**:          Insurance Coverage

2.  **ADR Method Used:**          Mediation

3.  **Result:**          The case settled.

4.  **Fees and expenses paid to ADR Provider:**  $4,800 divided equally between the parties, including all expenses.

5.  **Attendees:** The names, addresses and telephone numbers of counsel and party representatives in attendance on were as follows:

a. **For Plaintiff**
Counsel:
Patrick J. Wielinski
COKINOS
Crestview Tower
105 Decker Court, Suite 800
Irving, TX 75062

Party Representative:
John Nash
c/o above counsel

b. **For Defendants**
Counsel:
Christopher R. Teske
GEIGER LABORDE & LAPEROUSE LLC
701 Poydras Street, Suite 4800
New Orleans, LA 70139
(504) 654-1328
cteske@glllaw.com

Party Representative:
Timothy Donnelly
c/o above counsel

Dated: September 20, 2017.

Respectfully submitted,

_____
Paul J. Van Osselaer
**VAN OSSELAER DISPUTE RESOLUTION,   PLLC**
2305 Cheswick Court
Austin, TX 78746
512.593.5104
512.593.5106 (Fax)
Paul@VanOsselaerADR.com
**ADR PROVIDER**
**(PRID 1441)**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20st day of September, 2017, I electronically submitted the forgoing document with the Clerk of the Court for the U. S. District Court, Southern District of Texas, Houston Division, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to the individuals who have consented in writing to accept this Notice as service by electronic means.

_____
Paul J. Van Osselaer